| | | | |
|---|---|---|---|
| **STATE OF WISCONSIN** | **CIRCUIT COURT** | **SHEBOYGAN** | FILED<br>10-18-2022<br>Sheboygan County<br>Clerk of Circuit Court<br>2022CV000543<br>Honorable Daniel J Borowski<br>Branch 5 |

Estate of Dylan Buchman et al vs. C.K. Drill, LLC et al

**Electronic Filing Notice**

Case No. 2022CV000543
Class Code: Product Liability

PROCESS SERVER
TIME 2:05 AM/PM  DATE 12/7/22
( ) PERSONAL  ( ) SUBSTITUTE
( ) POSTED    (✓) CORPORATE

C.K. DRILL, LLC
5 FISHER ST.
LA PORTE IN 46350

Case number 2022CV000543 was electronically filed with/converted by the Sheboygan County Circuit Court office. The electronic filing system is designed to allow for fast, reliable exchange of documents in court cases.

Parties who register as electronic parties can file, receive and view documents online through the court electronic filing website. A document filed electronically has the same legal effect as a document filed by traditional means. Electronic parties are responsible for serving non-electronic parties by traditional means.

You may also register as an electronic party by following the instructions found at http://efiling.wicourts.gov/ and may withdraw as an electronic party at any time. There is a $20.00 fee to register as an electronic party. This fee may be waived if you file a Petition for Waiver of Fees and Costs Affidavit of Indigency (CV-410A) and the court finds you are indigent under §814.29, Wisconsin Statutes.

If you are not represented by an attorney and would like to register an electronic party, you will need to enter the following code on the eFiling website while opting in as an electronic party.

**Pro Se opt-in code: e2b8ab**

Unless you register as an electronic party, you will be served with traditional paper documents by other parties and by the court. You must file and serve traditional paper documents.

Registration is available to attorneys, self-represented individuals, and filing agents who are authorized under Wis. Stat. 799.06(2). A user must register as an individual, not as a law firm, agency, corporation, or other group. Non-attorney individuals representing the interests of a business, such as garnishees, must file by traditional means or through an attorney or filing agent. More information about who may participate in electronic filing is found on the court website.

If you have questions regarding this notice, please contact the Clerk of Circuit Court at 920-459-3068.

Sheboygan County Circuit Court
Date: October 18, 2022

GF-180(CCAP), 11/2020 Electronic Filing Notice  §801.18(5)(d), Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.
Case 2:22-cv-01537-BHL  Filed 12/22/22  Page 1 of 11  Document 1-1

FILED
10-18-2022
Sheboygan County
Clerk of Circuit Court
2022CV000543
Honorable Daniel J
Borowski
Branch 5

STATE OF WISCONSIN     CIRCUIT COURT     SHEBOYGAN COUNTY

ESTATE OF DYLAN BUCHMAN BY ITS
SPECIAL ADMINISTRATOR
AMANDA BUCHMAN
834 S. 60th St.
West Allis, WI 53214

    Plaintiff,

ZURICH AMERICAN INSURANCE COMPANY
1299 Zurich Way
Schaumburg, IL 60196

    Involuntary Plaintiff,

v.

C.K. DRILL, LLC
5 Fisher St.
La Porte, IN 46350

LANGE LANGE & ARNOLD, INC.
308 Fieldstone Dr.
La Porte, IN 46350

and

THE CINCINNATI INSURANCE COMPANY
6200 S. Gilmore Rd.
Fairfield, OH 45014

    Defendants.

## SUMMONS

THE STATE OF WISCONSIN, To each person named above as a Defendant:

You are hereby notified that the Plaintiff named above has filed a lawsuit or other legal action against you. The complaint, which is attached, states the nature and basis of the legal action.

Within 45 days of receiving this summons, you must respond with a written answer, as that term is used in chapter 802 of the Wisconsin Statutes, to the complaint. The court may reject or disregard an answer that does not follow the requirements of the statutes. The answer must be sent or delivered to the court, whose address is:

> Sheboygan County Clerk of Court
> Sheboygan County Courthouse
> 615 North 6th Street
> Sheboygan, WI 53081

And to the plaintiff's attorney, which is:

> Ron Harmeyer Law Office LLC
> 330 E. Kilbourn Ave., Suite 1070
> Milwaukee, WI 53202

You may have an attorney help or represent you.

If you do not provide a proper answer within 45 days, the court may grant judgment against you for the award of money or other legal action requested in the complaint, and you may lose your right to object to anything that is or may be incorrect in the complaint. A judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

Dated: October 18, 2022.

                                        RON HARMEYER LAW OFFICE LLC
                                        Attorneys for the Estate of Dylan Buchman

                                        *Electronically signed Nicholas J. DeStefanis*

                                        By: Nicholas J. DeStefanis
                                        State Bar No. 1064766

330 E. Kilbourn Ave., Suite 1070
Milwaukee, WI 53202
Tel. (414) 316-2500
Fax (414) 755-7081
ndestefanis@ronharmeyerlaw.com

FILED
10-18-2022
Sheboygan County
Clerk of Circuit Court
2022CV000543
Honorable Daniel J
Borowski
Branch 5

STATE OF WISCONSIN     CIRCUIT COURT     SHEBOYGAN COUNTY

ESTATE OF DYLAN BUCHMAN BY ITS
SPECIAL ADMINISTRATOR
AMANDA BUCHMAN
834 S. 60th St.
West Allis, WI 53214

    Plaintiff,

ZURICH AMERICAN INSURANCE COMPANY
1299 Zurich Way
Schaumburg, IL 60196

    Involuntary Plaintiff,

v.

C.K. DRILL, LLC
5 Fisher St.
La Porte, IN 46350

LANGE LANGE & ARNOLD, INC.
308 Fieldstone Dr.
La Porte, IN 46350

and

THE CINCINNATI INSURANCE COMPANY
6200 S. Gilmore Rd.
Fairfield, OH 45014

    Defendants.

## COMPLAINT

Plaintiff, Estate of Dylan Buchman, for its complaint against the above-named defendants, states as follows:

## PARTIES

1. Plaintiff Estate of Dylan Buchman ("the Estate") is an Estate opened under the laws of Wisconsin in Milwaukee County Circuit Court, Milwaukee Wisconsin. Its Special Administrator is Dylan's sister, Amanda Buchman.

2. Zurich American Insurance Company ("Zurich") is a foreign company licensed to sell insurance in the State of Wisconsin. Its principal place of business is located at 1299 Zurich Way, Schaumburg, Illinois. Its registered agent for service of process is Corporation Service Company, 8040 Excelsior Drive, Set 400, Madison, Wisconsin.

3. C.K. Drill, LLC ("C.K. Drill") is a foreign business organization whose principal office is located at 5 Fisher St, La Porte, Indiana.

4. Lange Lange & Arnold Inc. ("Lange") is a foreign corporation organized and whose principal office is located at 308 Fieldstone Drive, La Porte, Indiana.

5. The Cincinnati Insurance Company ("Cincinnati") is foreign business organization licensed to sell insurance in the State of Wisconsin with a principal business address of 6200 South Gilmore Road, Fairfield, Ohio. Its registered agent for service of process is Michael Murray, Kasdorf, Lewis & Swietlik, SC, 1 Park Plaza, 11270 W. Park Place, 5th Floor, Milwaukee, Wisconsin.

## FACTS

6. In early 2016, Professional Service Industries, Inc. d/b/a Intertek PSI ("Intertek"), purchased a D-50 Drill Rig, serial no. 376 ("the drill").

7. In January 2021, Dylan was an employee of Intertek, and, as part of his employment, used the drill. On January 6, 2021, while using the drill, Dylan was pulled into the rotating drill

auger and was unable to escape. Dylan's face and arm were mutilated and torn from his body. Dylan was transferred to a hospital and placed on life support where he died three days later. He was 21 years old.

8. At the time of Dylan's death, Zurich had issued to Interek a policy of worker compensation insurance. As a result of Dylan's death, Zurich issued payments on behalf of, and for the benefit of, Dylan. The Estate is not making any claims against Zurich. Rather, Zurich is named as an involuntary plaintiff pursuant to Wis. Stat. §102.29 so that Zurich may assert whatever rights it may have.

## FIRST CAUSE OF ACTION:
## WIS. STAT. §895.047 STRICT PRODUCT LIABILITY CLAIM

9. The Estate incorporates the preceding paragraphs herein by reference.

10. Pursuant to Wis. Stat. §802.02(5)(b), the Estate pleads in the alternative:

    a. The drill was designed, engineered, manufactured, introduced into the stream of commerce, and sold by Lange.

    b. The drill was designed, engineered, manufactured, introduced into the stream of commerce, and sold by C.K. Drill.

11. The drill is defective in design. The foreseeable risks of harm posed by the drill could have been reduced or avoided by the adoption of a reasonable alternative design by the manufacturer and the omission of the alternative design rendered the product not reasonably safe, and caused Dylan Buchman's bodily mutilation and subsequent death. The product is defective by unreasonably exposing workers to an entanglement hazard from an unguarded rotating auger.

12. Reasonable design alternatives that have been employed by other drill manufacturers include but are not limited to the following; 1) Use of a mesh barrier guarding around the rotating auger on the drill rig; 2) Use of an interlocked operator station and/or two hand controls to ensure the operator's hands are positioned on control lever(s) while the auger is rotating, and/or; 3) Use of a procedure to establish an awareness barrier setback six feet from rotating auger to ensure no person is within the drill rig's danger zone area or exposed to the rotating drill auger.

13. The defective design rendered the drill unreasonably dangerous to users of the drill, including Dylan Buchman.

14. The defective condition(s) existed at the time the drill left the control of the manufacturer.

15. The product reached Intertek without substantial change in the condition in which it was sold.

16. The defective condition was a cause of Dylan Buchman's injuries and subsequent death.

## SECOND CAUSE OF ACTION: NEGLIGENCE

17. Plaintiff incorporates the preceding paragraphs herein by reference.

18. The designer of the drill had a duty of care in designing a drill rig that reasonably protected its operator(s) from the entanglement hazard of the rotating auger.

19. Entanglement in the auger is a known, foreseeable hazard and reasonable protections have been put in place by other designers.

20. The defendants breached their duty of care by failing to include in the design of the drill a barrier, an interlocked operator station requiring two hands for operation, a barrier setback or

other design that would protect the operator from the risk of entanglement in the rotating auger.

21. Because of the foregoing breach, Dylan was not reasonably protected from entanglement and, resultantly, was mutilated and killed.

## THIRD CAUSE OF ACTION:
## DIRECT ACTION AGAINST CINCINNATI INSURANCE

22. Plaintiff incorporates the preceding paragraphs herein by reference.

23. At all relevant times, Cincinnati had issued a policy of insurance covering liability to others for the damages claimed in this complaint.

24. Pursuant to Wis Stat. §632.24, Cincinnati is directly liable to the Estate for damages for which its insured is held liable.

**WHEREFORE**, for the foregoing reasons, Plaintiff demands judgment against defendants in an amount to be determined for pain and suffering, medical bills, funeral expenses and any other allowable damages, plus prejudgment interest, all taxable costs and fees, and all other just and equitable relief.

Dated: October 18, 2022.

RON HARMEYER LAW OFFICE LLC
Attorneys for the Estate of Dylan Buchman

*Electronically signed Nicholas J. DeStefanis*

By: Nicholas J. DeStefanis
State Bar No. 1064766

330 E. Kilbourn Ave., Suite 1070
Milwaukee, WI 53202
Tel. (414) 316-2500
Fax (414) 755-7081
ndestefanis@ronharmeyerlaw.com

STATE OF WISCONSIN  CIRCUIT COURT  SHEBOYGAN COUNTY

ESTATE OF DYLAN BUCHMAN BY ITS
SPECIAL ADMINISTRATOR
AMANDA BUCHMAN
834 S. 60th St.
West Allis, WI 53214

    Plaintiff,

Case No. 22-CV-543

ZURICH AMERICAN INSURANCE COMPANY
1299 Zurich Way
Schaumburg, IL 60196

    Involuntary Plaintiff,

v.

C.K. DRILL, LLC
5 Fisher St.
La Porte, IN 46350

LANGE LANGE & ARNOLD, INC.
308 Fieldstone Dr.
La Porte, IN 46350

and

THE CINCINNATI INSURANCE COMPANY
6200 S. Gilmore Rd.
Fairfield, OH 45014

    Defendants.

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO C.K. DRILL, LLC

Plaintiff, Estate of Dylan Buchman by its Special Administrator Amanda Buchman ("the Estate"), pursuant to Wis. Stat. §§804.08 and 804.09, serves the following interrogatories and requests for production of documents on defendant C.K. Drill, LLC.

## DEFINITIONS

1. "Drill rig" refers to the D-50 rig, serial no. D-50376, sold to Professional Service Industries, Inc. (dba Intertek, PSI) being used by Dylan Buchman at the time of his injury and subsequent death.

## INTERROGATORIES

1. For the period of time from January 1, 2016, through the date of your answers, state the name and address of each and every entity that used the assumed business name "Diedrich Drill". For each entity identified, state the inclusive dates the assumed name was used.

2. For the period of time from January 1, 2016, through the date of your answers, state the name and address of each and every owner of Diedrich Drill, Inc. For each entity identified, state the inclusive dates of ownership.

3. For the period of time from January 1, 2016, through the date of your answers, state the name and address of each and every owner of Diedrich Drilling Equipment Inc. For each entity identified, state the inclusive dates of ownership.

4. For the period of time from January 1, 2016, through the date of your answers, state the name and address of each and every owner of C.K. Drill, LLC. For each entity identified, state the inclusive dates of ownership.

5. For the period of time from January 1, 2016, through the date of your answers, state the name and address of each and every owner of C.K. Drilling LLC. For each entity identified, state the inclusive dates of ownership.

## REQUESTS FOR PRODUCTION

1. Pursuant to Wis. Stat. §804.01(2)(b), produce certified copies of all policies of liability insurance in which C.K. Drill, LLC, its officers, directors, owners or employees are named or additional insureds.

2. Produce the purchase agreement that states the terms and conditions of the sale in 2016 of Diedrich Drill.

3. Produce all documents related to the sale of the drill rig.

4. Provide documents related to any complaints or information which you received or were made aware of in the last five years regarding injuries sustained by any person on any "Diedrich Drill" rigs.

Dated: October 21, 2022.

RON HARMEYER LAW OFFICE LLC
Attorneys for the Estate of Dylan Buchman

*Electronically signed Nicholas J. DeStefanis*

By: Nicholas J. DeStefanis
State Bar No. 1064766

330 E. Kilbourn Ave., Suite 1070
Milwaukee, WI 53202
Tel. (414) 316-2500
Fax (414) 755-7081
ndestefanis@ronharmeyerlaw.com