

December 26, 2023

Honorable Brett H. Ludwig
Eastern District of Wisconsin
United States Courthouse, Room 310
517 East Wisconsin Avenue
Milwaukee, WI 53202

    Re:    Amanda Buchman v. Diedrich Drill, et al.
             Case No.: 2:22-CV-01537

Dear Judge Ludwig:

    I am writing on behalf of all parties to inform the court that this case has settled. Therefore, it is no longer necessary for the court to rule on the pending motion for summary judgment.

    As this claim is subject to Wis. Stat. §102.29(1)(d), the court will need to approve the settlement. We anticipate filing the motion for approval next week. Thank you.

                                          Very Truly Yours,

                                          Ronald W. Harmeyer

RWH/ms

cc:    All counsel of record via e-filing