UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ESTATE OF DYLAN BUCHMAN, by Its
Special Administrator AMANDA BUCHMAN,

        Plaintiff,

ZURICH AMERICAN INSURANCE COMPANY

        Involuntary Plaintiff,

v.                                                Case No. 22-cv-1537-bhl

C.K. DRILL, LLC, LANGE LANGE & ARNOLD, INC,

        Defendants.

---

## ORDER APPROVING SETTLEMENT AND DISMISSING ALL CLAIMS WITH PREJUDICE

---

      On December 22, 2022, CK Drill, LLC removed this products liability case from Sheboygan County Circuit Court. (ECF No. 1.) The complaint alleged that Defendants CK Drill, LLC and Lange Lange & Arnold, Inc. are liable under strict liability and negligence theories for the wrongful death of 21-year-old Dylan Buchman, who was killed in a workplace accident involving an allegedly defective drill that the companies "designed, engineered, manufactured and sold." (ECF No. 1-1 ¶10.) Just over a year later, on January 25, 2024, Plaintiff filed a stipulated motion for settlement approval and dismissal of all claims with prejudice. (ECF No. 79.) The parties request the Court approve settlement as per Wisconsin Statute Section 102.29 which mandates court approval of Plaintiff's claims. (ECF No. 80.) On January 26, 2024, the parties also filed a stipulation of dismissal with prejudice of all claims, signed by all parties. (ECF No. 83.)

      Given Plaintiff's representation that the parties have reached the following agreement in exchange for dismissal of the action with prejudice, the Court approves the following settlement:

| Gross recovery | $210,732.77 |
|---|---|
| Reimbursement of costs | $18,395.09 |

| Plaintiff's counsel's contingent attorney fee (29.6% of gross recovery) | $62,337.68 |
|---|---|
| Payment to Zurich in settlement of its lien of $420,799.47 | $68,000.00 |
| Balance to the Estate of Dylan Buchman | $62,000.00 |

The Court further approves the parties' stipulation of dismissal, ECF No. 83.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' stipulation of dismissal and settlement agreement, ECF Nos. 79 & 83, are **APPROVED**. Pursuant to the parties' stipulation, this case is **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that the pending motions to restrict documents, ECF Nos. 59, 74, and 81, are **GRANTED**.

Dated at Milwaukee, Wisconsin on February 1, 2024.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge